# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**MIKE PROFITT**                                                                                                       **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 3:09CV-885-R**

**D. DOOLYA** *et al.*                                                                     **DEFENDANTS**

## MEMORANDUM OPINION

Unrepresented by counsel, Plaintiff Mike Profitt filed a civil complaint on a court-supplied form against Defendants D. Doolya, LMDC Jail, Central State Hospital, 991 Call, Samantha Melo, Eddy, Lora, William Ron Neace, U.S. Military, Hope Center, Gary Spencer, Ron Lovett, Federal Judges, Jim Clark, and others whose names are illegible. The allegations are largely illegible, disjointed and difficult to follow requiring the Court to quote a great portion of Plaintiff's complaint.

As grounds for filing this suit in federal court, Plaintiff writes, "Lethal Assault - Charge Check. Aggrivated Assault [illegible] officers visit at Jail with Tim Riley from Paris, K.Y. Illegal Treasury checks from Paris and Lethal Assault [illegible] from [illegible] County D. Doolya Illegal Treasury checks Falmouth, KY [illegible] County [illegible] Jim Clark visit LMDC Jail." As his statement of claim, Plaintiff writes:

> Check Criminal Report and 911 Call in Falmouth, K.Y. For Contract Murder Warrant from Illegal Treasury check participation in [illegible] County D. Dooly killed dogs of the Trailer 911 Call or Police evidence admitted to killing Gary Spencer with Gary Price Hope Center . . . Connection Central State Hospital . . . Recent Calls check [illegible] participation . . . Los Angeles Assault [illegible] Illegal Treasury check [illegible] Motley Crue and Criminal Report check location with F.B.I. with US Marshalls Integrity Premium [illegible] Bis owner Trying to Kill Mike Profitt because of illegal cash with BUSCH [illegible] Connection at U of L Hospital . . . Connection Iran Japan participation China Connection All over Nuclear Warfare needs Checks on Criminal Theft [illegible] Illegal [illegible] from [illegible] Federal Judge Denied Because of Illegal Treasury Check [illegible].

As relief, Plaintiff requests the following: (1) "U.S. Marshalls checks [illegible] LMDC Jail"; (2) "Divine Solution"; (3) "You get My Father on the phone Larry Jason Profitt from Thailand and check [illegible] Bowling Green KY [illegible]"; and (4) "Doug Adkins pays Spring Village Criminal Bis Theft check at Address over allowance with United States Food Stamp [illegible]."

"[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). Plaintiff's allegations meet this standard, and the complaint must be dismissed for lack of subject matter jurisdiction.

The Court will, therefore, enter a separate Order of dismissal.

Date:

cc:     Plaintiff, *pro se*
4413.005

2